245 So.2d 716

**W. H. SHARP, Jr., et al.**

v.

**William ALEXIS et al.**

No. 51227.

March 29, 1971.

In re: William Alexis et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 242 So.2d 894.

Writ denied. The result is correct.

SUMMERS, J., is of the opinion a writ should be granted.

■

245 So.2d 716

**Fay ALLEN and Mrs. Thelma Allen Wise**

v.

**PAGGI BROTHERS OIL COMPANY.**

No. 51226.

March 29, 1971.

In re: Fay Allen and Mrs. Thelma Allen Wise applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 244 So.2d 116.

Writ denied. Under the facts found by the Court of Appeal there is no error of law in the judgment.